

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00096-CV

Gilberto **URRABAZO**,
Appellant

v.

Adrian **GALLEGOS**,
Appellee

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 10-08-12312-ZCV
Honorable Maribel Flores, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's final judgment signed on January 24, 2023 is REVERSED and the cause is REMANDED to the trial court for further proceedings.  It is ORDERED costs are taxed against appellee Adrian Gallegos.

SIGNED June 12, 2024.

Luz Elena D. Chapa, Justice